**EXHIBIT**

_C_

Image# 051427330002 Typ
Recorded: 08/05/2014 at 09:31:33 AM
Receipt#: 2014-00041163
Page 1 of 2
Fees: $40.00
IL Rental Housing Fund: $9.00
Lake County IL Recorder
Mary Ellen Vandeventer Recorder
File **7120630**

PREPARED BY & RETURN TO:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

(CORRECTIVE)
## Assignment of Mortgage

Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, FIRST FRANKLIN FINANCIAL CORPORATION 2150 North First Street, San Jose, CA 95131 (Assignor) by these presents does assign and set over, without recourse, to DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF2 C/O SPECIALIZED LOAN SERVICING LLC, 8742 LUCENT BLVD #300, HIGHLANDS RANCH, CO 80129 (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by DANIEL J BRENEISEN AND KELLY BRENEISEN, HUSBAND AND WIFE to FIRST FRANKLIN FINANCIAL CORP., SUBSIDIARY OF NATIONAL CITY BANK OF INDIANA.   Said mortgage Dated: 11/19/2004 is recorded in the State of IL, County of Lake on 2/8/2005, Document # 5731156 AMOUNT: $ 256,500.00   *THIS ASSIGNMENT IS BEING RECORDED TO CORRECT THE ASSIGNEE ON ASSIGNMENT RECORDED ON 08/16/2011 IN DOC#: 6758565* Property Address: 1394 HERON DRIVE, ANTIOCH, IL 60002

IN WITNESS WHEREOF, the undersigned corporation/trust has caused this instrument to be executed as a sealed instrument by its proper officer.
Executed on: _7/21/2014_
FIRST FRANKLIN FINANCIAL CORPORATION

By: _Aaron Hawkes_

    AARON HAWKES        , ASSISTANT VICE PRESIDENT

State of _____, County of _____
       On _____, before me, the undersigned, _____, who acknowledged that he/she is _____
off  for FIRST FRANKLIN FINANCIAL CORPORATION  and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of FIRST FRANKLIN FINANCIAL CORPORATION .

_See Attached_

Notary public, _____
My Commission Expires: _____

IL  Lake



# ACKNOWLEDGMENT

State of California
County of _____ VENTURA _____ )

On __JULY 21, 2014_____ before me, __TRACEY L. SNYDER- NOTARY PUBLIC__
                                          (insert name and title of the officer)

personally appeared ___AARON HAWKES_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

TRACEY L. SNYDER
COMM. # 1951517
NOTARY PUBLIC • CALIFORNIA
VENTURA COUNTY
My Commission Expires
September 10, 2015