**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:  Daniel and Kelly Breneisen

|  |  |  |
|---|---|---|
|  | ) | 14 B 15281 |
|  | ) |  |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

*NOTICE OF MOTION AND CERTIFICATE OF SERVICE*

| | |
|---|---|
| Daniel Breneisen | Sulaiman Law Group |
| Kelly Breneisen | 900 Jorie Blvd  #150 |
| 1394 Heron Drive | Oak Brook  IL  60523 |
| Antioch  IL  60002 | |

    Please take notice that on October 9, 2015, at 10:00 a.m., a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar or any other Bankruptcy Judge who may preside in his place and stead, at North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL  60073 and present this motion.

    I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, Illinois 60532 and to all other parties electronically via the Court's CM/ECF system on September 18, 2015.
.

                                              /s/ Glenn Stearns
                                              Glenn Stearns, Trustee

---

MOTION TO MODIFY PLAN

    Now Comes Glenn Stearns, Chapter 13 Trustee, requesting modification of the above debtors' plan pursuant to 11 U.S.C. § 1329 and in support thereof, states the following:

1. On April 23, 2014 the debtors filed a petition under Chapter 13.

2. The debtors' modified plan filed November 7, 2014 (Doc 47) was confirmed on November 14, 2014.

3. Debtors' income is above the median and their Monthly Disposable Income (Form B22C, Line 59) of $2,935 required payment of up to $176,100 in unsecured debt.

4. The confirmed plan provides for payments of $775 monthly for 6 months and $867 per month for 48 months for total payments of $46,266, with scheduled unsecured debt of $21,806 projected to be paid in full.

5. The debtors are paying their student loan debts directly.

6. Debtors' schedules I and J showed that the debtor had $1,249 available monthly for plan payments.

7. The plan was confirmed with excess disposable income because at the time of confirmation it appeared that all unsecured creditors were being paid in full.

8. Unsecured claims exceed the schedule amount by approximately $16,750.

9. The debtors' plan payment needs to be increased to $1,160 monthly for the remaining 43 months to pay their creditors in full as required.

WHEREFORE, the Trustee prays that the debtors' plan be modified to provide that the plan payment is increased to $1,160 monthly for the remaining term of the plan and for such other and further relief as this court deems proper.

Respectfully Submitted;

Glenn Stearns, Trustee

/s/ Glenn Stearns
By: Glenn Stearns

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532   (630) 981-3888