UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Daniel Breneisen<br>Kelly Breneisen<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   14-15281<br><br>Chapter: 13<br><br>Honorable A. Benjamin Goldgar<br><br>Lake County |

**Order Modifying Plan**

This matter coming on the Trustee's Motion to Modify Plan, proper notice given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The debtor's plan payment is increased to $1,040 per month.

2. The debtors' 60 month plan base is increased to $58,778.

Enter:

United States Bankruptcy Judge

Dated: **NOV 1 3 2015**

**Prepared by:**
Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-3614
630 981 3888

Rev: 20120209_bko